IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01842-ZLW-MEH

MIKE DIRE,
DONALD A. DILLING,
DUSTIN ULLERICH,
JEFFERY R. HELEY,
NIKOLAS PEW,
PAUL FREDERICK SMITH,
SHILOH FRAZIER,
TODD ZAHN,

    Plaintiffs,
v.

THE TOWN OF MOUNTAIN VIEW, COLORADO,
POLICE CHIEF ERIC GOMEZ, in his individual and official capacity,
POLICE OFFICER DAVID GROFF, in his individual and official capacity,
THE CITY AND COUNTY OF DENVER, a municipality,
CHIEF OF POLICE GERALD WHITMAN, in his individual and official capacity,

    Defendants.
_____

## ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this  4  day of September, 2007.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court